UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00077-1

**United States of America**

v.

**Corey Johnson**

### ORDER

In this criminal action, defendant filed a motion to strike portions of the second superseding indictment. Doc. 221. The magistrate judge issued a report recommending that the motion be denied. Doc. 241. No written objections were filed. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation and denies the motion to strike (Doc. 221).

*So ordered by the court on February 11, 2025.*

J. CAMPBELL BARKER
United States District Judge